**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01067-CR

### BRANDON DEMON JORDAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-75751-I

## ORDER

Before the Court is appellant's April 8, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before May 8, 2019. Appellant is cautioned that the failure to file a brief by that date may result in this appeal being abated for a hearing under rule 38.8(b)(3). *See* TEX. R. APP. P. 38.8(b)(3).

/s/     BILL PEDERSEN, III
        JUSTICE